UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:22-cv-1211 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. PITTSLEY, | |
| Defendant. | |

Plaintiff is a former state prisoner, proceeding without counsel. On August 7, 2023, counsel for defendant filed a request to vacate the settlement conference and asked the court to file a scheduling order for discovery and dispositive motion deadlines. (ECF No. 15.) On August 8, 2023, Judge Claire vacated the August 10, 2023 settlement conference. (ECF No. 16.)

In light of defendant's request, the ADR stay of this action is lifted. Defendant's request that the court issue a scheduling order is denied because defendant has not yet filed a responsive pleading. Defendant is directed to file a responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 15) is partially granted;

2. The ADR stay of this action (ECF No. 12) is lifted; and

////

1

3. Within thirty days from the date of this order, defendant shall file a responsive pleading.

Dated: August 9, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/witk1211.lft