UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WITKIN,

    Plaintiff,

  v.

M. PITTSLEY,

    Defendant.

No. 2:22-cv-1211 WBS CSK P

ORDER

    Plaintiff is a former state prisoner. On April 25, 2024, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 19, 2024, granting defendant's request for extension of time to oppose plaintiff's motion for summary judgment, and extending the pretrial motions deadline until after defendant's motion to revoke and to dismiss is resolved. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 27), the order of the magistrate judge filed April 19, 2024 (ECF No. 26), is affirmed.

Dated: May 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/witk1211.850

1