UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PITTSLEY,<br><br>　　　　　Defendant. | No.  2:22-cv-1211 WBS CSK P<br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant filed objections to the findings and recommendations.  On December 2, 2024, plaintiff filed a response to defendant's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 31) are adopted in full;

2. Defendant's motion to revoke plaintiff's IFP status as misleading, untrue, or filed in bad faith (ECF No. 23) is denied;

3. Defendant's motion to dismiss this action as malicious (ECF No. 23) is denied;

4. In light of plaintiff's changed financial circumstances, plaintiff is ordered to pay the $405.00 filing fee in full or file a new application to proceed in form pauperis within thirty days from this order; and

5. This action is referred back to the assigned magistrate judge for further scheduling.

Dated: December 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

witk1211.806