UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>            Plaintiff,<br><br>      v.<br><br>M. PITTSLEY,<br><br>            Defendant. | No.  2:22-cv-1211 WBS CSK P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se.  In the Court's April 19, 2024 order, the pretrial motions deadline was extended, and defendant was ordered to file an opposition to plaintiff's motion for summary judgment (ECF No. 22) and to file any motion for summary judgment within sixty days from the district court's order addressing defendant's motion to revoke plaintiff's in forma pauperis status.  (ECF No. 26.)  The district court denied defendant's motion to revoke on December 13, 2024.  (ECF No. 34.)  On January 10, 2025, plaintiff paid the Court's filing fee in full.  Therefore, defendant's opposition to plaintiff's motion for summary judgment and defendant's motion for summary judgment are due no later than February 11, 2025. Further briefing on such motions is governed by Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED that defendant's opposition to plaintiff's motion for summary judgment (ECF No. 22) and defendant's motion for summary judgment shall be filed on or before February 11, 2025.

Dated: January 13, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/witk1211.fb